**FILED**

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0585

TIMOTHY J. WHALEN,

    Plaintiff and Appellant,

and ELIZABETH BRIDGES,

    Plaintiff,

    v.

BEARTOOTH ELECTRIC CO-OP, INC.,

    Defendant and Appellee.

**FILED**

JAN 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant Timothy J. Whalen's motion for extension of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 1, 2023, to file his opening brief.

DATED this 27 day of January, 2023.

For the Court,

Chief Justice